E-FILED
Wednesday, 23 March, 2005 04:17:17 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
ROCK ISLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Crim. No. 01-40095 |
| ) | |
| MICHAEL M. DOHERTY, ) | |
| ) | |
| Defendant. ) | |

MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

Now comes the Defendant, MICHAEL M. DOHERTY, by his attorney, and pursuant to Title 18, U.S.C., § 3583(e)(1), moves this Court for the entry of an Order terminating the Defendant's period of supervised release and discharging the Defendant from supervision, and in support thereof, states as follows:

1. That on March 3, 2004, the Defendant was sentenced to a term of imprisonment of ten months in the United States Bureau of Prisons and one year of supervised release.

2. That since the date of the Defendant's release from custody and commencement of supervision, he has complied with all conditions of his supervised release.

3. That early termination and discharge of the Defendant from supervision is warranted by the Defendant's exemplary conduct while on

supervision.

4.   That the Defendant's undersigned counsel was advised by United States Probation Officer Darrell Hite that the Probation Office would be recommending to the Court that the Defendant's supervision be terminated.

WHEREFORE, Defendant respectfully requests the entry of an Order terminating the Defendant's period of supervised release and discharging the Defendant from supervision.

                MICHAEL M. DOHERTY, Defendant

                /s/George F. Taseff
                Ill. Bar Number: 6180419
                Attorney for Defendant
                Assistant Federal Public Defender
                401 Main Street, Suite 1500
                Peoria, Illinois 61602
                Phone: 309/671-7891
                FAX:   309/671-7898
                Email: george_taseff@fd.org

## CERTIFICATE OF SERVICE

      I hereby certify that on March 23, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the filing: Mr. Jeffrey B. Lang, Assistant United States Attorney, 1830 Second Street, Suite 320, Rock Island, IL 61201.

      /s/George F. Taseff
      Ill. Bar Number: 6180419
      Attorney for Defendant
      Assistant Federal Public Defender
      401 Main Street, Suite 1500
      Peoria, Illinois 61602
      Phone: 309/671-7891
      FAX:   309/671-7898
      Email: george_taseff@fd.org