E-FILED
Wednesday, 06 April, 2005  04:11:17 PM
Clerk, U.S. District Court, ILCD

PROB 35
(4/81)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

**UNITED STATES DISTRICT COURT**

**FOR THE**

**CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 01-40095-001 |
| ) | |
| MICHAEL M. DOHERTY ) | |

     On November 26, 2004, the above-named was placed on supervised release for a period of 12 months.  The supervised releasee has complied with the rules and regulations of supervision and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be discharged from supervised release.

     Respectfully submitted,

     S\Darrell D. Hite

     DARRELL D. HITE
     U.S. Probation Officer

**ORDER OF COURT**

     Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

     Dated this 6th day of April, 2005.

     s/Michael M. Mihm
     HONORABLE MICHAEL M. MIHM
     United States District Judge

jd